UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD ALEXANDER                                                    CIVIL ACTION

versus                                                                      No.  04-3489

BURL CAIN, WARDEN,                                           SECTION: "E"(4)
LOUISIANA STATE PENITENTIARY

<u>**O R D E R**</u>

Considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the petitioner's Objections to the Magistrate Judge's Report and Recommendation, the petitioner's Objections to the Magistrate Judge's Report and Recommendation is hereby **OVERRULED**, and the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED,** that Ronald Alexander's petition for issuance of a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, May 4, 2006.

**MARCEL LIVAUDAIS, JR.**
United States District Judge